IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AINSLEY ANDRE BOND** | : | CIVIL ACTION NO. 1:CV-14-1049 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| | : | |
| **AMY BETH SCHWARZL,** *et al.* | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the court in the captioned action is a June 11, 2014 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Blewitt.

2) Plaintiff's Complaint (Doc. 1) is DISMISSED in its entirety with prejudice as against all Defendants and with respect to all of Plaintiff's claims.

3) Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 2) is GRANTED solely for the purpose of filing this action.

4) The Clerk of Court shall **CLOSE** this case.

      S/ Yvette Kane
      YVETTE KANE, District Judge
      United States District Court
      Middle District of Pennsylvania

Dated: July 1, 2014.