# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AINSLEY ANDRE BOND,** : | |
| Plaintiff : | |
| : | No. 1:14-cv-1049 |
| v. : | |
| : | (Judge Kane) |
| **AMY BETH SCHWARZL, et al.,** : | |
| Defendants : | |

## ORDER

**AND NOW**, on this 31st day of July 2014, **IT IS HEREBY ORDERED THAT** Plaintiff's objections are **OVERRULED** and the case will remain closed.

 

S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania